1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CAMP WEST RECORDERS, INC., | Case No. CV13-06525 BRO (MRWx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| SAMANTHA JADE GIBBS; SONY MUSIC ENTERTAINMENT AUSTRALIA PTY LTD; PARADE ARTISTS PTY LIMITED; FREMANTLEMEDIA AUSTRALIA PTY LTD; SYCO ENTERTAINMENT; GUY SEBASTIAN; and DOES 1-10, inclusive, | |
| Defendants. | |

# JUDGMENT

On October 28, 2013, the Honorable Beverly Reid O'Connell, United States District Judge presiding, ruled that Plaintiff Camp West Recorders, Inc.'s Complaint should be dismissed. The Court granted Defendant FremantleMedia Australia Pty. Ltd.'s Motion to Dismiss for lack of personal jurisdiction. The Court also granted Defendant FremantleMedia Australia Pty. Ltd.'s Motion to Dismiss for forum non conveniens, in which Defendant Samantha Jade Gibbs joined.

The evidence and argument presented having been fully considered, the issues having been duly heard, the Court determined it could not exercise personal jurisdiction over Defendant FremantleMedia Australia Pty. Ltd. because it did not have continuous or systematic contacts in the forum, nor did it purposefully direct the alleged acts toward the forum. In addition, the Court determined that the Central District of California was a forum non conveniens for the action. Defendant FremantleMedia Australia Pty. Ltd. and Defendant Samantha Jade Gibbs agreed to submit to jurisdiction in Australia, which provides comparable causes of action and forms of relief.

**IT IS ORDERED AND ADJUDGED** that the action be dismissed.

Dated: November 20, 2013

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge